UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT
INITIATIVE,

      Plaintiff,

    v.

OFFICE OF MANAGEMENT AND
BUDGET,

      Defendant.

Civil Action No. 26-0977 (SLS)

## ANSWER

Defendant, the Office of Management and Budget ("Office" or "Defendant"), by and through undersigned counsel, hereby answers as follows to the separately numbered paragraphs and prayer for relief in the Complaint (ECF No. 1) filed by Plaintiff Functional Government Initiative ("Plaintiff") in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Any allegations not specifically admitted, denied, or otherwise responded to below are hereby denied. To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their complete and accurate contents, but such references are not intended to be, and should not be construed as, an admission that the cited materials are (1) correctly cited or quoted by Plaintiff, (2) relevant to this, or any other, action, or (3) admissible in this, or any other, action.

## JURISDICTION AND VENUE[1]

1.      This paragraph asserts conclusions of law to which no response is required.  To the extent a response is deemed required, Defendant admits that this Court has subject matter jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

2.      This paragraph consists of legal conclusions regarding venue, to which no response is required.  To the extent a response is deemed required, Defendant admits that venue is proper in this District under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

3.      Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph.

4.      Defendant admits that the Office is an agency within meaning of 5 U.S.C. § 552(f)(1) and is headquartered at 725 17th Street, N.W., Washington D.C. 20503. This remainder of the allegations in this paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies.

## STATEMENT OF FACTS

5.      Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations relating to Plaintiff's motivations for submitting FOIA requests.

6.      The allegations of this paragraph consist of Plaintiff's characterizations of the FOIA statute, to which no response is required. To the extent a response is deemed required, Defendant respectfully refers the Court to the FOIA statute for a complete and accurate statement of its contents and otherwise denies any allegations inconsistent therewith.

---

[1]      For ease of reference, the Answer replicates the headings and titles contained in the Complaint, but to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

7. The allegations of this paragraph consist of Plaintiff's characterization of former Attorney General Merrick Garland's statement regarding the FOIA, to which no response is required. Defendant respectfully directs the Court to the cited statement for full and accurate statements of its contents and deny any allegations inconsistent therewith.

8. Admitted.

9. The allegations of this paragraph consist of conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant admits that it has yet to issue a final response to Plaintiff's FOIA requests.

**A. FGI'S FOIA REQUEST FOR RECORDS OF COMMUNICATIONS WITH EPA RELATING TO UNIFORM GUDIANCE GOVERNING FEDERAL FUNDED FINANCIAL ASSISTANCE AWARDS.**

10. Defendant admits that on September 18, 2025, Plaintiff submitted a FOIA request online to Defendant. The remainder of the paragraph contains Plaintiff's characterization of its FOIA request, to which no response is required. To the extent a response is deemed required, Defendant respectfully directs the Court to the request for full and accurate statements of the FOIA request and denies any allegations inconsistent therewith.

11. Admitted.

12. Admitted.

**B. FGI'S FOIA REQUEST FOR RECORDS OF COMMUNICATIONS WITH THE WHITE HOUSE RELATING TO UNIFORM GUDIANCE GOVERNING FEDERAL FUNDED FINANCIAL ASSISTANCE AWARDS.**

13. Defendant admits that on September 18, 2025, Plaintiff submitted a FOIA request online to Defendant. The remainder of the paragraph contains Plaintiff's characterization of its FOIA request, to which no response is required. To the extent a response is deemed required, Defendant respectfully directs the Court to the request for full and accurate statements of the FOIA request and denies any allegations inconsistent therewith.

14. Admitted.

15. Admitted.

**C. FGI'S FOIA REQUEST FOR RECORDS OF COMMUNICATIONS WITH EPA RELATING TO TERMS AND CONDITIONS OR GRANT AGREEMENTS UNDER THE GREENHOUSE GAS REDUCTION FUND.**

16. Defendant admits that on September 18, 2025, Plaintiff submitted a FOIA request online to Defendant. The remainder of the paragraph contains Plaintiff's characterization of its FOIA request, to which no response is required. To the extent a response is deemed required, Defendant respectfully directs the Court to the request for full and accurate statements of the FOIA request and denies any allegations inconsistent therewith.

17. Admitted.

18. Admitted.

**D. FGI'S FOIA REQUEST FOR RECORDS OF COMMUNICATIONS WITH THE WHITE HOUSE RELATING TO TERMS AND CONDITIONS OR GRANT AGREEMENTS UNDER THE GREENHOUSE GAS REDUCTION FUND.**

19. Defendant admits that on September 18, 2025, Plaintiff submitted a FOIA request online to Defendant. The remainder of the paragraph contains Plaintiff's characterization of its FOIA request, to which no response is required. To the extent a response is deemed required, Defendant respectfully directs the Court to the request for full and accurate statements of the FOIA request and denies any allegations inconsistent therewith.

20. Admitted.

21. Admitted.

<u>**CAUSE OF ACTION**</u>
**(Violation of FOIA, 5 U.S.C. § 552)**

22. Defendant realleges and reincorporates its responses to paragraphs 1-21 of the Complaint herein.

23. This paragraph constitutes legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant admits that it has yet to issue a final response to Plaintiff's FOIA requests.

24. This paragraph constitutes legal conclusions, to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations relating whether Plaintiff will be irreparably harmed, or has suffered any irreparable harm.

## PRAYER FOR RELIEF

The remainder of the Complaint asserts Plaintiff's request for relief, to which no response is required. To the extent that a response is deemed required, Defendant denies Plaintiff is entitled to the relief requested.

## FIRST DEFENSE

Plaintiff is not entitled to compel the production of any record or portion of any record protected from disclosure by one or more of the exclusions or exemptions to the FOIA or the Privacy Act, 5 U.S.C. § 552a, where disclosure would cause foreseeable harm.

## SECOND DEFENSE

Plaintiff is not entitled to production of non-exempt portions of records that are not reasonably segregable from exempt portions of records.

## THIRD DEFENSE

This Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceeds the relief authorized by FOIA.

## FOURTH DEFENSE

Plaintiff is neither eligible nor entitled to attorney's fees or costs in this matter.

Dated: May 4, 2026                                  Respectfully submitted,

                                                    JEANINE FERRIS PIRRO
                                                    United States Attorney

                                        By:    */s/ Fithawi Berhane*
                                               FITHAWI BERHANE
                                               Assistant United States Attorney
                                               Civil Division
                                               601 D Street, N.W.
                                               Washington, D.C. 20530
                                               (202) 252-6653

                                               *Attorneys for the United States of America*

6