UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>Defendant. | Civil Action No. 26-977 (SLS) |

**JOINT STATUS REPORT**

In its Order of May 4, 2026, the Court required the parties to jointly inform the Court of "(1) the status of the Plaintiff's FOIA request; (2) the anticipated number of documents responsive to the Plaintiff's FOIA request; (3) the anticipated date(s) for the release of the documents requested by the Plaintiff; (4) whether a motion for a stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); (5) whether a Vaughn index will be required in this case; (6) whether and when either party anticipates filing a dispositive motion; and (7) any other pertinent issues" no later than June 3, 2026.

At this time, the parties report the following in response to the Court's seven-part order referenced above. As for (1), (2), and (3), Defendant reports that it has completed its searches and has recovered approximately 550 documents amounting to approximately 3,500 pages of potentially responsive records. Defendant anticipates processing 300 pages per month and making its first production no later than August 3, 2026. As for (4), the parties do not currently anticipate that a motion for a stay pursuant to *Open America v. Watergate Special Prosecution Force* 547

F.2d 605 (D.C. Cir. 1976) is likely in this case. And as for (5) and (6), Defendant reports that its position is that it is premature at this stage to say whether a *Vaughn* index or a briefing schedule will be needed at this stage of the litigation, since it has yet to finish processing all potentially responsive records.

Accordingly, Defendant proposes that the parties file a Joint Status Report on or before August 5, 2026, in order to update the Court on the status of this case.

Dated: June 3, 2026 Respectfully submitted,

*/s/ Jeremiah L. Morgan*
Jeremiah L. Morgan, Esq.
(D.C. Bar No. 1012943)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: _/s/ *Fithawi Berhane*_________________
FITHAWI BERHANE
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-6653
fithawi.berhane@usdoj.gov

*Attorneys for the United States of America*