UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>Defendant. | Civil Action No. 26-977 (SLS) |

## **JOINT STATUS REPORT**

In its Minute Order of June 4, 2026, the Court required Defendant to provide an "anticipated date (month and year) for the release of the documents requested by the Plaintiff" no later than June 8, 2026. Accordingly, Defendant reports that it has recovered approximately 550 documents, amounting to approximately 3,500 pages of potentially responsive records. Defendant will endeavor to process the aforesaid records at a rate of 300 pages per month, with the first production occurring no later than August 3, 2026. Without any narrowing of the search results in response to Plaintiff's four FOIA requests, Defendant expects to make a total of 12 monthly rolling productions, with the final production occurring in July of 2027.

Accordingly, Defendant proposes that the parties file a Joint Status Report on or before August 5, 2026, in order to update the Court on the status of this case.

Dated: June 8, 2026                                 Respectfully submitted,


*/s/ Jeremiah L. Morgan*                      JEANINE FERRIS PIRRO
Jeremiah L. Morgan, Esq.              United States Attorney
(D.C. Bar No. 1012943)

1

William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

By: _/s/ *Fithawi Berhane*_____
FITHAWI BERHANE
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-6653
fithawi.berhane@usdoj.gov

*Attorneys for the United States of America*

2