UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>Defendant. | Civil Action No. 26-977 (SLS) |

**JOINT STATUS REPORT**

In its Minute Order of June 9, 2026, the Court required the parties to provide a report detailing "(1) how many pages remain to be processed; (2) an anticipated completion date (month and year); and (3) any disputes the Plaintiff has with any pages already produced" no later than August 5, 2026. Accordingly, Defendant reports that it has recovered approximately 550 documents, amounting to approximately 3,500 pages of potentially responsive records. Defendant will endeavor to process the aforesaid records at a rate of 300 pages per month. The first production was made on August 3, 2026, and the next production is scheduled for September 4, 2026. Defendant expects to make a total of 12 monthly rolling productions, with the final production occurring in July of 2027.

Accordingly, the parties propose that they file a Joint Status Report on or before October 5, 2026, in order to update the Court on the status of this case.

Dated: August 5, 2026 Respectfully submitted,

*/s/ Jeremiah L. Morgan* JEANINE FERRIS PIRRO

Jeremiah L. Morgan, Esq.
(D.C. Bar No. 1012943)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

United States Attorney

By: _/s/ *Fithawi Berhane*________________
FITHAWI BERHANE
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-6653
fithawi.berhane@usdoj.gov

*Attorneys for the United States of America*